# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159387

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 159387
                                   COA: 346866
                                   Macomb CC: 2017-002863-FH
                                                              2017-002864-FH
                                                              2017-002865-FH

LAVELLE WESLEY SEARCY,
      Defendant-Appellant.

_____/

      By order of July 2, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the February 13, 2019 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. On remand, that court shall address whether a prosecuting attorney's office may unilaterally block an individual seeking placement in a mental health court from the "preadmission screening and evaluation assessment" required by MCL 600.1093(3), which, pursuant to subsection (3)(c) of that statute, must include "[a] mental health assessment, clinical in nature, and using standardized instruments that have acceptable reliability and validity, meeting diagnostic criteria for a serious mental illness, serious emotional disturbance, co-occurring disorder, or developmental disability."



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



s1113

                                           Clerk